## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61274-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

HEDGLON CHIROPRACTIC CENTER, INC., a Florida Profit Corporation, MICHAEL J. HEDGLON, and PAULA R. HEDGLON, Individuals

    Defendant(s).
_____/

## NOTICE OF VERBAL SETTLEMENT

    The undersigned counsel hereby files this Notice of Verbal Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

By: *Ronnette Gleizer*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61274-WPD

HOWARD MICHAEL CAPLAN,

       Plaintiff,

       vs.

HEDGLON CHIROPRACTIC CENTER, INC., a Florida Profit Corporation, MICHAEL J. HEDGLON, and PAULA R. HEDGLON, Individuals

       Defendant(s).
_____/

### **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 02, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronnette Gleizer*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. HEDGLON CHIROPRACTIC CENTER, INC., a Florida Profit Corporation, MICHAEL J. HEDGLON, and PAULA R. HEDGLON, Individuals

United States District Court Southern District of Florida

CASE NO. 0:22-cv-61274-WPD

**HEDGLON CHIROPRACTIC CENTER, INC.**

**REGISTERED AGENT:**

HEDGLON, PAULA R.
1313 E SAMPLE RD
POMPANO BEACH, FL 33064

**VIA U.S. MAIL**

**MICHAEL J. HEDGLON**

1313 E SAMPLE RD
POMPANO BEACH, FL 33064-6244

**VIA U.S. MAIL**

**PAULA R. HEDGLON**

1313 E SAMPLE RD
POMPANO BEACH, FL 33064-6244

**VIA U.S. MAIL**