# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61274-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

HEDGLON CHIROPRACTIC CENTER, INC., a Florida Profit Corporation, MICHAEL J. HEDGLON, and PAULA R. HEDGLON, Individuals,

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of this Action with Prejudice.

Dated this October 14, 2022.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:22-cv-61274-WPD

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

HEDGLON CHIROPRACTIC CENTER, INC., a Florida Profit Corporation, MICHAEL J. HEDGLON, and PAULA R. HEDGLON, Individuals,

      Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 14, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. HEDGLON CHIROPRACTIC CENTER, INC., a Florida Profit Corporation, MICHAEL J. HEDGLON, and PAULA R. HEDGLON, Individuals

United States District Court Southern District Of Florida

CASE NO. 0:22-cv-61274-WPD

**HEDGLON CHIROPRACTIC CENTER, INC.**

**REGISTERED AGENT:**

HEDGLON, PAULA R.
1313 E SAMPLE RD
POMPANO BEACH, FL 33064

**VIA U.S. MAIL**

**MICHAEL J. HEDGLON**

1313 E SAMPLE RD
POMPANO BEACH, FL 33064-6244

**VIA U.S. MAIL**

**PAULA R. HEDGLON**

1313 E SAMPLE RD
POMPANO BEACH, FL 33064-6244

**VIA U.S. MAIL**